In the Matter of the Proposed Changes in the Map or Plan of THE CITY OF NEW YORK, so as to Change the Lines and Grades of Avenue M from East Fifteenth Street to East Sixteenth Street, etc. THE LONG ISLAND RAILROAD COMPANY, THE NEW YORK, BROOKLYN AND MANHATTAN BEACH RAILWAY COMPANY and NEW YORK RAPID TRANSIT CORPORATION, Appellants; THE CITY OF NEW YORK, Respondent. (No. 4.) — Decision and determination of the board of estimate

and apportionment confirmed, with costs, upon the authority of *Matter of City of New York, 50th Street, No. 1* (*ante,* 779), decided herewith. Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ., concur.